```
                              FILED
                       CLERK, U.S. DISTRICT COURT

                            12/11/2024

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY: _____ASI_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00733-GW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| JEREMY PAUL RYAN, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2023, and continuing through at least June 20, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEREMY PAUL RYAN conspired with others to commit bank fraud, in violation of Title 18, United States Code, Section 1344.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:  defendant RYAN and his co-conspirators would steal victims' bank-issued credit cards and identifying information. Defendant RYAN would make counterfeit identity documents in the victims' names, but bearing photographs of defendant RYAN and

his co-conspirators.  Defendant RYAN would impersonate his victims and apply for credit in their names.  Defendant RYAN and his co-conspirators would make charges on the victims' credit cards.  As a result of this fraud, defendant RYAN and his co-conspirators defrauded federally-insured financial institutions including Wells Fargo Bank, Capitol One, Chase, American Express, Navy Federal Credit Union, and Bank of America.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

Beginning in or before 2023, and continuing through at least June 20, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEREMY PAUL RYAN knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the name of victim M.K.M., during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One of this Information, knowing that the means of identification belonged to another actual person.

E. MARTIN ESTRADA
United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section